ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMUNDO DE LA MORA,<br><br>Defendant. | CASE NO. 1:26-MJ-00127-SAB<br><br>**MOTION TO UNSEAL COMPLAINT AND RELATED DOCUMENTS** |

Pursuant to Local Rule 141(b) and (e)(2)(iii), the United States of America, by and through Eric Grant, United States Attorney for the Eastern District of California, and Assistant United States Attorney Chan Hee Chu, hereby moves to unseal the crimimal complaint and arrest warrant in the above-captioned case.

Defendant Raymundo De La Mora has been arrested and is scheduled to make his initial appearance on the criminal complaint today. The criminal complaint and arrest warrant should be unsealed to apprise Defendant of the charge against him.

Dated: October 27, 2026

ERIC GRANT
United States Attorney

By: */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney